JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIO MENDOZA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ANGELICA CAMPOS D/B/A STATE FARM; TAMARA RACHEL FIERRO, AS TRUSTEE OF THE FIERRO FAMILY TRUST; SHERI FERRAND, AS TRUSTEE OF THE SHERI FERRAND LIVING TRUST; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:24-cv-09575-TJH (PDx)**<br>Assigned to Terry J Hatter, Jr<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [35]** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: October 27, 2026

Terry J. Hatter, Jr,
United States District Judge